|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 06, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY LY,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00050-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TOMMY LY , Case No. 2:22-mj-00050-CKD  Charge 21 USC § 846, from custody for the following reasons: for the following reasons:

　　　_____   Release on Personal Recognizance

　　　_____   Bail Posted in the Sum of   _____

　　　   X         Unsecured Appearance Bond $   **$50,000.00, cosigned by Ronnie Ly, Sarika Chan, and Phally Soung**

　　　_____   Appearance Bond with 10% Deposit

　　　_____   Appearance Bond with Surety

　　　_____   Corporate Surety Bail Bond

　　　_____   (Other): Click here to enter text.

Issued at Sacramento, California on April 06, 2022, at 2:00 PM.

　　　　　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney